UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINA SEALS,<br><br>       Plaintiff,<br><br>  -against-<br><br>DONALD J. TRUMP; BOARD OF ELECTIONS,<br><br>       Defendants. | 18-CV-7719 (CM)<br><br>ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651 |

COLLEEN McMAHON, Chief United States District Judge:

On October 1, 2014, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Seals v. McClurkin*, No. 14-CV-6080 (LAP) (S.D.N.Y. Oct. 1, 2014). Plaintiff files this new *pro se* case, seeks IFP status, and seeks leave from the Court. Plaintiff does not, however, set forth any reasons why she should be granted leave to file this action. Moreover, the complaint does not represent a departure from Plaintiff's pattern of frivolous litigation. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the bar order dated October 1, 2014.

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. The motion to file the complaint (ECF No. 2) is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 29, 2018
    New York, New York

                    COLLEEN McMAHON
                    Chief United States District Judge